# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 2, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020
```

      Re:    Keung v. Amano Sushi Inc., et al
            Case 1:19-cv-07560-DAB

Dear Judge Aaron:

The undersigned represents the Plaintiff in the above-captioned matter.

The Initial Pretrial Conference in this matter is currently scheduled for March 10, 2020 at 3:00 p.m., in your Honor's Courtroom. However, said Conference date is on the same day on which the Jewish holiday of Purim falls and Plaintiff's counsel (who is observant) will be unable to attend, as he will be observing said holiday. Therefore, Plaintiff's undersigned counsel hereby respectfully requests an adjournment of said Conference for three weeks to a date which is most convenient to the Court.

Plaintiff's counsel has conferred with counsel for the Defendants, who consent to the filing of this motion.

This is the undersigned counsel's first request for adjournment of the Conference. Thank you for your consideration of this adjournment request.

                                          Sincerely,

                                          By: /S/ B. Bradley Weitz
                                              B. Bradley Weitz, Esq. (BW9365)
                                              THE WEITZ LAW FIRM, P.A.
                                              Attorney for Plaintiff
                                              Bank of America Building
                                              18305 Biscayne Blvd., Suite 214
                                              Aventura, Florida 33160
                                              Telephone: (305) 949-7777
                                              Facsimile: (305) 704-3877
                                              Email: bbw@weitzfirm.com

Request GRANTED. The initial pretrial conference scheduled to take place on March 10, 2020 is hereby adjourned until March 30, 2020 at 10:30 a.m. SO ORDERED.
Dated: March 3, 2020

*[Signature: Stewart D. Aaron]*