# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 16, 2020

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020
```

     Re: Keung v. Amano Sushi Inc., et al
       Case 1:19-cv-07560-DAB

Dear Judge Aaron:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a thirty (30) day stay of all deadlines and/or Conference in this matter.

  Further, since undersigned counsel is based in Florida, an in-person Conference would require possible unsafe roundtrip travel from Florida to New York (in both of which official states of emergency has been declared). In fact, recently a passenger on a similar JetBlue flight from New York to Florida had tested positive for COVID-19. In addition, undersigned counsel suffers from an underlying asthmatic-type health condition which, potentially, would be adversely affected by the COVID-19 virus. However, in the event that the Court decides not to stay this matter, then, in the alternative, undersigned counsel respectfully requests that any future Conference be conducted telephonically, which is in accordance with SDNY's Chief Judge Coleen McMahon's recent March 13, 2020 Standing Order that "Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable."

  The Court may wish to note that this is undersigned counsel's first request to stay this matter. Thank you for your consideration of this unexpected, but essential, request.

Sincerely,

By: /S/ B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW 9365)
  THE WEITZ LAW FIRM, P.A.
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Tel.: (305) 949-7777
  Fax: (305) 704-3877
  Email: bbw@weitzfirm.com

---

Motion GRANTED. This matter is stayed for 30-days. The initial conference currently scheduled for March 30, 2020 is adjourned until April 29, 2020 at 2:00 p.m. by telephone. The parties shall comply with their obligations under Federal Rules of Civil Procedure 16(b) and 26(f) and shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan at least one week prior to the scheduled conference. Plaintiff shall serve this Order on any Defendant who has not appeared. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.
SO ORDERED. Dated: March 17, 2020

*[Signature: Stewart D. Aaron]*