UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lin Kwok Keung,

                Plaintiff,

        -against-

Amano Sushi, Inc., et al.,

                Defendants.

1:19-cv-07560 (ER) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference on April 29, 2020 at 2:00 p.m. (*See* ECF No. 21.) The telephone conference shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

This Order supersedes the calling instructions provided previously.

No later than March 20, 2020, Plaintiff shall serve this Order on any Defendant that has not appeared.

**SO ORDERED.**

DATED:    New York, New York
              March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge