# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2020
```

      Re:    Keung v. Amano Sushi Inc., et al
            Case 1:19-cv-07560-DAB

Dear Judge Aaron:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020.

    The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

                                                          Sincerely,

                                                          By: /S/ B. Bradley Weitz
                                                              B. Bradley Weitz, Esq. (BW 9365)
                                                               THE WEITZ LAW FIRM, P.A.
                                                              18305 Biscayne Blvd., Suite 214
                                                              Aventura, Florida 33160
                                                               Tel.: (305) 949-7777
                                                               Fax: (305) 704-3877
                                                               Email: bbw@weitzfirm.com

---

Plaintiff's request is DENIED WITHOUT PREJUDICE. In any future request, Plaintiff shall indicate whether the defendant that has appeared in the case consents to the requested relief. SO ORDERED.

Dated: April 23, 2020        *[signature: Stewart D. Aaron]*