# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 23, 2020

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2020
```

      Re:    Keung v. Amano Sushi Inc., et al
            Case 1:19-cv-07560-SDA

Dear Judge Aaron:

The undersigned represents the Plaintiff in the above-captioned matter.

The Initial Pretrial Conference in this matter is currently scheduled for April 29, 2020 at 2:00 p.m., in your Honor's Courtroom. However, the Landlord has not appeared in this case. Furthermore, due to the continuing national health crisis caused by the COVID-19 pandemic, the diminished economic effects it is causing public businesses such as the business in this case, including complete closures, the undersigned does not believe it is in the best interest of the parties nor the proper time, and a potential waste of resources and time to move forward, until the defendant businesses are back on their feet and generating a real income, so to be able to move forward through the litigation processes, including discovery, through settlement.

Plaintiff's counsel has conferred with counsel for the Defendant, who does not consent to the filing of this motion.

This is the undersigned counsel's second request for adjournment of the Conference. Thank you for your consideration of this adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

---

Plaintiff's motion is DENIED. The Parties should note that the conference is *not* scheduled to take place in Judge Aaron's courtroom, but rather shall take place by telephone. (*See* ECF No. 22.) As such, the telephonic conference shall take place on April 29, 2020 at 2:00 p.m. as previously scheduled, but the parties are relieved of their obligation to file a case management plan in advance of the conference. SO ORDERED.
Dated: April 24, 2020

*/s/ Stewart D. Aaron*