UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lin Kwok Keung,

                     Plaintiff,

-against-

Amano Sushi, Inc., et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020

1:19-cv-07560 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties today, and for the reasons stated on the record, IT IS HEREBY ORDERED, that:

1. No later than Monday, May 4, 2020, Defendant 50 Eldridge LLC shall provide to Plaintiff the name and address of the tenant of the real property located at 50 Eldridge Street, New York, New York; and

2. No later than Monday, May 11, 2020, Plaintiff shall file an amended complaint.

**SO ORDERED.**

DATED:    New York, New York
             April 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge